FILED

2016 Jun-28  AM 11:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| LUCRETIA A. ELLIOT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 7:16-cv-524-TMP |
| | ) | |
| MIDLAND FUNDING LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

The plaintiff on June 24, 2016, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), filed a notice of voluntary dismissal of all claims against the defendants with prejudice. Accordingly, and although a court order is not necessary to effectuate the dismissal, the court hereby DISMISSES plaintiff's claims WITH PREJUDICE.

DATED this 28th day of June, 2016.

_____
T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE